## AMERICAN EXPRESS CO. V. BAGWELL BROS.

No. 8939—Opinion Filed May 21, 1918.

On Rehearing, Sept. 9, 1919.

Error from County Court, Bryan County; J. L. Rappolee, Judge.

Action by Bagwell Bros. against the American Express Company. Judgment for plaintiffs, and defendant brings error. On rehearing, reversed and remanded for new trial.

G. F. Deck and Porter Newman, for plaintiff in error.

RUMMONS, C. The plaintiff in error in due time perfected its appeal from the judgment of the trial court, and in accordance with the rules of this court on July 9, 1917, duly served and filed its brief herein. The defendants in error have failed to file a brief, request an extension of time in which to file brief, or offer any excuse for failure to file brief.

From an examination of the brief of plaintiff in error, the argument and authorities seem to sustain the assignments of error presented in its brief. This court not being required to search the record for reasons to affirm the judgment of the court below, under rule 7 of this court the judgment of the trial court should be reversed, and this cause remanded for a new trial.

On Rehearing.

PER CURIAM. This cause was reversed on May 21, 1918, for failure of defendants in error to file brief as required by rule 7. Rehearing was granted on showing made as to why brief had not been filed. The cause was submitted on October 9, 1918, and on November 14, 1918, an order was entered granting defendants in error 30 days additional time in which to file brief. No brief having been filed as yet and no reason given for failure to file same, the opinion filed May 21, 1918, reversing said cause is adhered to and cause reversed and remanded for new trial.